IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLEETWOOD SERVICES, LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-268 |
| | : | |
| COMPLETE BUSINESS SOLUTIONS GROUP, INC. *doing business as* PAR FUNDING | : | |

# **ORDER**

AND NOW, this 13th day of May, 2019, upon consideration of Defendant Complete Business Solutions Group, Inc. d/b/a Par Funding's Motion for Reconsideration and Motion for Certification of Order Pursuant to 28 U.S.C. § 1292(b) and Plaintiffs' opposition thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motions (Documents 35 and 36) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.