IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FLEETWOOD SERVICES, LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-268 |
| | : | |
| COMPLETE BUSINESS SOLUTIONS | : | |
| GROUP, INC. | : | |
| *doing business as* | : | |
| PAR FUNDING | : | |

## ORDER

AND NOW, this 23rd day of October, 2019, upon consideration of Plaintiffs Fleetwood Services, Robert Fleetwood and Pamela Fleetwood's Motion for Leave to File a Second Amended Complaint, Defendant Complete Business Solutions Group, Inc.'s opposition thereto, and the parties' presentations at the September 16, 2019, oral argument on the Motion, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiffs' Motion (Document 55) is GRANTED in part insofar as Plaintiffs are granted leave to file their Second Amended Complaint after they remove their request for injunctive and declaratory relief.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.