UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-80716-RAR

**FLEETWOOD SERVICES LLC**, *et al.*,

    Plaintiffs,

v.

**COMPLETE BUSINESS SOLUTIONS GROUP, INC.**, *et al.*,

    Defendants.

ORDER APPROVING STIPULATION OF DISMISSAL OF ALL
CLAIMS AGAINST COMPLETE BUSINESS SOLUTIONS GROUP, INC.

**THIS CAUSE** comes before the Court upon the Stipulation of Dismissal of All Claims Against Complete Business Solutions Group, Inc., filed on May 7, 2025, [ECF No. 154] ("Stipulation"). The Court having carefully reviewed the Stipulation and the record in this matter, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation is **APPROVED**, as follows:

1. Plaintiffs, Fleetwood Services LLC, Robert L. Fleetwood, and Pamela A. Fleetwood's ("Plaintiffs") claims in this action against Defendant Complete Business Solutions Group, Inc. are hereby **DISMISSED** *with prejudice*.

2. Plaintiffs are permitted to file an Amended Complaint in this action within **seven (7) days** from the date of this Order; provided, however, that pursuant to the Stipulation, the Plaintiffs shall remove all claims against Complete Business Solutions Group, Inc. and shall not add any new claims against any parties that are considered "Receivership Entities" in the receivership action docketed in the United States District Court for the Southern District of Florida as Case No. 20-cv-81205-RAR.

3. In the Stipulation, Plaintiffs have indicated that, following their filing of an Amended Complaint, they will seek a transfer of this action to the United States District Court for the Southern District of New York, and the Receiver, on behalf of Complete Business Solutions Group, Inc., does not oppose or otherwise take a position regarding the proposed transfer of this action. *See generally* Stipulation. The Court will consider any such request for a transfer of this action when Plaintiffs file a motion making such a request.

4. This case shall remain administratively **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of May, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**