### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

FLEETWOOD SERVICES LLC, et al.,

                Plaintiffs,

    v.

GEMJ CHEBHEAR GRAT, LLC, et al.,

                Defendants.

Civil Action No.: 24-cv-80716-RAR

### STATUS REPORT

Pursuant to this Court's Order entered on June 16, 2025 (Document 170), counsel for Plaintiffs, Fleetwood Services. et al, and counsel for Defendants, GemJ Chebhear Grat, LLC et al, submit this joint status letter to inform the Court that the parties have reached a settlement in principle through the mediation with Judge Hanzman (ret.). The parties anticipate finalizing the settlement within the next 30 days.

Dated: August 11, 2025.              Respectfully Submitted,

| **HESKIN & PROPER, PLLC** | **BOIES SCHILLER FLEXNER LLP** |
|---|---|
| By: /s/ Shane R. Heskin<br>Shane R. Heskin<br>800 Westchester Avenue, Suite 641N<br>New York, NY 10572<br>(917) 362-1313<br>shane@heskinproper.com | By: /s/ Marshal Dore Louis<br>Marshall Dore Louis<br>Robert Keefe<br>100 SE 2nd Street, Suite 2800<br>Miami, FL 33131<br>(305) 539-8400<br>mlouis@bsfllp.com<br>rkeefe@bsfllp.com<br>*Attorneys for Defendants* |
| **Almeida Law Group LLC**<br><br>By: /s/ Mathew J. Langley<br>Mathew J. Langley, Esq.<br>David S. Almeida, Esq.<br>849 W. Webster Avenue<br>Chicago, Illinois 60614<br>(312) 576-3024<br>david@almeidalawgroup.com<br>matt@almeidalawgroup.com<br>*Attorneys for Plaintiffs* | |